1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  SCOTT C. MATHER, State Bar No. 190912
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5709
    Fax:  (415) 703-5843
8   Email:  Scott.Mather@doj.ca.gov

9  Attorneys for Respondent Ben Curry

10

11             IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| HECTOR HERNANDEZ,                       | C07-3427 PJH |
|-----------------------------------------|--------------|
|                         Petitioner,     | RESPONDENT'S INDEX OF EXHIBITS TO ANSWER |
| v.                                      | Judge:  The Honorable Phyllis J. Hamilton |
| ARNOLD SCHWARZENEGGER, Governor,        |              |
|                         Respondent.     |              |

20

21     Respondent submits the following index of exhibits to the answer:

22  Ex. 1    Judgment - Commitment

23  Ex. 2    Probation Officer's Report

24  Ex. 3    Governor's November 2006 Indeterminate Sentence Parole Release Review

25  Ex. 4    July 2005 Life Prisoner Evaluation Report

26  Ex. 5    June 8, 2006 Subsequent Parole Consideration Hearing Transcript

27  Ex. 6    Board of Parole Hearings' October 20, 2006 letter

28  Ex. 7    November 3, 2006 Governor's Office letter

| | | |
|---|---|---|
| 1 | Ex. 8 | Disciplinary History Sheet |
| 2 | Ex. 9 | January 25, 19888 California Court of Appeal order |
| 3 | Ex. 10 | May 2006 Mental Health Evaluation |
| 4 | Ex. 11 | Fresno County Sheriff's Department Report regarding Petitioner's murder offense |
| 5 | Ex. 12 | June 5, 2006 Fresno County District Attorney's Office letter |
| 6 | Ex. 13 | December 2006 Fresno County Superior Court petition |
| 7 | Ex. 14 | January 2007 Fresno County Superior Court order |
| 8 | Ex. 15 | February 2007 California Court of Appeal petition |
| 9 | Ex. 16 | March 2007 California Court of Appeal order |
| 10 | Ex. 17 | March 2007 California Supreme Court petition |
| 11 | Ex. 18 | May 2007 California Supreme Court order |
| 12 | Ex. 19 | *Foote v. Del Papa*, ___F.3d___, 2007 WL 1892862 (July 3, 2007) |
| 13 | Ex. 20 | *Crater v. Galaza*, ___F.3d___, 2007 WL 1965122 (July 9, 2007) |
| 14 | Ex. 21 | Excerpts of February 20, 2003 Subsequent Parole Consideration Hearing Transcript |

Dated: September 6, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

/s/ Scott C. Mather

SCOTT C. MATHER
Deputy Attorney General
Attorneys for Respondent

20102054.wpd
SF2007200544

Respondent's Index of Exhibits to Answer                              *Hernandez v. Schwarzenegger*
                                                                       C07-3427 PJH