# EXHIBIT 13
# Part 2 of 6

1          person.  Upon arrival Officer

2          Lopez met four Mexican males and

3          one female standing outside the

4          residence.  Upon entering the

5          living room of the residence the

6          officer observed a Mexican male

7          subject lying on the floor with a

8          large pool of blood under his

9          chest and face area.  The victim

10          was pronounced dead at the scene.

11          The victim was identified as

12          Silvestere Odulio Bustos."

13  I'll spell all three for the transcriptionist.

14  S-I-L-V-E-S-T-R -- I'll start again.  S-I-L-V-E-

15  S-T-E-R-E.  The middle name, O-D-U-L-I-O.  And

16  the last name Bustos, B-U-S-T-O-S.

17          "A subsequent investigation

18          determined that the victim had

19          been shot at a close range by a

20          shotgun.  Officers made contact

21          with several witnesses of the

22          crime, one of whom was Enrique

23          Casias, C-A-S-I-A-S, a roommate of

24          the victim.  He testified that at

25          3 a.m. on the same day, 8/15/85,

26          there was a knock on the door, at

27          which time Casias observed

1       Hernandez standing there.

2       Hernandez asked Casias if he had

3       some heroin and gave him $20.

4       Casias said he told Hernandez to

5       let me see if my friend has some,

6       referring to victim Bustos.

7       Casias was getting pieces from

8       Bustos' boots when Hernandez

9       kicked open the door and entered

10      the residence with a shotgun and

11      stated, give me the gun and give

12      me the chiva, which means Spanish

13      for heroin.  According to Casias

14      as soon as Hernandez said give me

15      the gun Hernandez shot Bustos.

16      The probation officer's report

17      indicates that several witnesses

18      were interviewed and that their

19      statements correlated with Casias'

20      statement.  They also related in

21      part that Hernandez had been to

22      the residence on numerous

23      occasions to purchase drugs and

24      one day prior to the incident he

25      had had an argument with the

26      victim about money.  Hernandez was

27      convicted of the crime by a jury

1           trial on 5/13/1986."
2   And you said you wanted to make a statement
3   about this crime?
4       **INMATE HERNANDEZ:**  Well basically first
5   and foremost I'm not proud of it.  I'm extremely
6   sorry for it, for the deceased Silvestere Odulio
7   Bustos.  Just to hear about it right now again I
8   feel even more sorry for it.  I'm overwhelmed by
9   it that I could never repay, never bring him
10  back to life.  I do what I can, I make amends, I
11  live my life as if somehow I can do a deed that
12  will somehow pay for it perhaps.  And I would
13  only -- As I say I'm not proud of it.  I don't
14  even like to talk about it with anybody period,
15  I don't.  But if the opportunity for the
16  prevention of things like this happening I will
17  speak about it in that context, such as a 12
18  step group or some other form of alternative to
19  violence program.  But otherwise I see no, no
20  reason for speaking about it and thank you very
21  much.
22      **PRESIDING COMMISSIONER SAWYER:**  Okay.  In
23  your version that was dated February 2004 it
24  says it remains the same.  It's pretty
25  philosophical.  It says here:
26          "In order to make a statement that
27          would give some clarity and

1    resolution I would practically

2    have to answer the question of

3    what is the meaning of life and

4    death.  As difficult and at times

5    overwhelming as this task is it is

6    what I have endeavored to do.  I

7    should say that my opponent, who

8    became the victim, had been

9    stealing from me and threatening

10   my life and the actual gunshot

11   that took his life was in self-

12   defense, all of which is true."

13  Is that correct?

14       INMATE HERNANDEZ:  That is correct.

15       PRESIDING COMMISSIONER SAWYER:

16   "Yet in order to reach a greater

17   and healthier understanding I

18   would first have to admit

19   responsibility, which is what I've

20   done.  A few of the areas I

21   addressed in order to gain a

22   deeper understanding of the crime

23   I committed includes my childhood,

24   peer environment, spirituality.

25   Only after extensive self-

26   examination in those areas and

27   I've reached the conclusion that I

11

1          needed a major adjustment in the

2          way I relate to others, which

3          entails developing a great

4          integrity for morals and ethics.

5          This is an ongoing process with

6          continual room for improvement.

7          Suffice to say that this journey

8          of recovery and healing is

9          something I'll be doing for the

10         rest of my life."

11    Is that correct, sir?

12         **INMATE HERNANDEZ:**  That is correct.

13         **PRESIDING COMMISSIONER SAWYER:**    Okay.

14    In this case the victim was particularly

15    vulnerable and the prisoner entered the victim's

16    home and shot him while he was lying on his

17    couch and awakened by the prisoner.   The

18    prisoner had a history of criminal behavior for

19    which the term has been enhanced.   The prisoner

20    engaged in other reliably documented criminal

21    conduct.   Attempted drug purchase, which was an

22    integral part of the crime for which he's

23    currently committed.   The inmate was on

24    probation at the time the crime was committed.

25    During the commission of the crime the prisoner

26    had a clear opportunity to cease but continued.

27    The manner in which the crime was committed

12

1   created a potential for serious injury to

2   persons other than the victim of the crime.  The

3   mitigating factor, the prisoner participated in

4   a crime under partially excusable circumstances,

5   heroin inebriation that did not amount to a

6   criminal, a legal defense.  In your rap sheet

7   under juvenile record, 1970, burglarized a

8   doctor's office in Fresno, removed $80 in cash

9   and you were put on informal probation.  Is that

10  correct?

11          INMATE HERNANDEZ:  That's correct.

12          PRESIDING COMMISSIONER SAWYER:  How old

13  were you then, 1970?

14          INMATE HERNANDEZ:  Eleven.

15          PRESIDING COMMISSIONER SAWYER:  Again in

16  '70, entered a residence, removed nine different

17  types of weapons, a Polaroid camera and a radio.

18  Placed on probation without wardship until

19  5/23/1971, case was dismissed.  That also

20  occurred when you were about 11 or were you 12

21  then?  When's your birthday?

22          INMATE HERNANDEZ:  '59.

23          PRESIDING COMMISSIONER SAWYER:  What

24  month?

25          INMATE HERNANDEZ:  2/28.

26          PRESIDING COMMISSIONER SAWYER:  Two,

27  okay.  So that was, you were still 11 there.

1  Then when you were 12 you entered the Mission

2  Baptist Church, removed $10.50.  Probation

3  ordered, released to your parents.  Again in '71

4  petty theft, subject and accomplice stole $190

5  from Llewellyn's (phonetic) 76 service station.

6  Remained a ward of the court, paid restitution,

7  work program, Sanger PD.  And then in 1972,

8  burglary.  Commit to a youth center, detained

9  juvenile hall pending transfer.  And then again

10  in '72, defendant and accomplice were found in

11  inside of a closed business at Padilla's Market.

12  Remained a ward of the court on probation,

13  commit to a youth center, suspended.  Okay,

14  between '72 and '80 there wasn't any criminal

15  offenses.  What was going on in that part of

16  your life?  An eight year period there that you

17  weren't in trouble.

18      INMATE HERNANDEZ:  Well I've always, I've

19  always aspired to work.  I would have to say at

20  that time is when, that must be when I was

21  successful at just basically --

22      PRESIDING COMMISSIONER SAWYER:  We'll

23  pull that microphone up for you.  If you could

24  speak a little bit louder so we make sure that

25  everything gets on the record, okay.  So you

26  were working during that period of time?

27      INMATE HERNANDEZ:  I believe so.

14

1          PRESIDING COMMISSIONER SAWYER:  Okay.

2          INMATE HERNANDEZ:  Yes.

3          PRESIDING COMMISSIONER SAWYER:  That

4    would be, you would be 14, 11, 12, 13 years old

5    in '72.  Were you going to school?

6          INMATE HERNANDEZ:  Probably not.

7          PRESIDING COMMISSIONER SAWYER:  Okay.  In

8    1980, carrying a concealed weapon, carrying a

9    loaded weapon, receiving stolen property.  This

10   was January of '80.  In October of '80 burglary,

11   no disposition shown.  There was another part on

12   your rap sheet that said burglary in November of

13   1980.  Then 10/6 of 1984, harboring a federal

14   fugitive.  Convicted, sentenced to 358 days in a

15   federal correctional institution.  What was

16   that?

17         INMATE HERNANDEZ:  Excuse me?

18         PRESIDING COMMISSIONER SAWYER:  You were

19   harboring a federal fugitive?

20         INMATE HERNANDEZ:  Oh yes.

21         PRESIDING COMMISSIONER SAWYER:  Okay, in

22   1984.

23         INMATE HERNANDEZ:  Yes.

24         PRESIDING COMMISSIONER SAWYER:  And you

25   got nearly a year in the pen.

26         INMATE HERNANDEZ:  Yes.

27         PRESIDING COMMISSIONER SAWYER:  Okay.

15

1  Who were you harboring?

2       **INMATE HERNANDEZ:**  A friend, a friend who

3  needed a place to stay.

4       **PRESIDING COMMISSIONER SAWYER:**  And the

5  feds picked him up and took you too.

6       **INMATE HERNANDEZ:**  Yes.

7       **PRESIDING COMMISSIONER SAWYER:**  In 1982,

8  sale and transport marijuana, burglary,

9  transport/sale controlled substance.  All

10  charges in that case were dismissed.  And then

11  1984, under the influence of a controlled

12  substance, obstruction, resisting arrest,

13  disposition none.  And then we have the instant

14  offense.  You were born 2/28 of 1959 in Fresno

15  to Guadalupe Hernandez and Dolores Megaia, M-E-

16  G-A-I-A.  One of eight children.  His brother,

17  Guadalupe Hernandez Jr. was also convicted of

18  murder in an unrelated case.  His brother is

19  currently housed at California State Prison,

20  Corcoran.  Is he still there?

21       **INMATE HERNANDEZ:**  Yes.

22       **PRESIDING COMMISSIONER SAWYER:**  That you

23  know of.

24       **INMATE HERNANDEZ:**  He may be in a

25  different prison in Coalinga now.

26       **PRESIDING COMMISSIONER SAWYER:**  Okay.

27  You completed the tenth grade at Sanger High

1    School in 1975.  Passed his GED test on 5/4 of

2    1992.  Indicated that he completed vocational

3    training in welding at Valley Technical and

4    Trade School in Fresno.  Hernandez married

5    Joyce, Janice I'm sorry, Ramirez, R-A-M-I-R-E-Z,

6    on 10/2 of 1982 in San Bernardino.  Four

7    children?

8         INMATE HERNANDEZ:  Yes.

9         PRESIDING COMMISSIONER SAWYER:  The

10   marriage is no longer intact.  His work consists

11   of agricultural-related labor.  Being a daily

12   user of heroin, between 20 and 40 dollars worth

13   of heroin every day.  He also admitted to being

14   a regular consumer of beer as well as sniffing

15   glue and paint, using PCP, LSD and cocaine

16   occasionally.  While Hernandez was incarcerated

17   in the county jail he was prescribed Synaquad.

18        INMATE HERNANDEZ:  Yes.

19        PRESIDING COMMISSIONER SAWYER:  I'll

20   spell that for the transcriptionist, S-Y-N-A-Q-

21   U-A-D.  Hernandez is not receiving psychiatric

22   treatment or medication since coming to

23   California Department of Corrections.  So who

24   visits you?

25        INMATE HERNANDEZ:  I have not had a visit

26   in several years.  The last visit I had was my

27   ex-wife and all the kids as well as two of my

1  son-in-laws.

2      PRESIDING COMMISSIONER SAWYER:  And how

3  are your kids doing?

4      INMATE HERNANDEZ:  As far as I know my

5  son is doing fine, growing up becoming a young

6  man.  My oldest daughter is doing fine, she just

7  had her first baby recently.  Her and her

8  husband are doing fine from all, all that I know

9  of them as far as I know.  My next daughter is

10 doing good as far as I know.  Recently graduated

11 from college and also had her second baby.  Her

12 and her husband are doing fine.  I'd have to say

13 excellent.

14     PRESIDING COMMISSIONER SAWYER:  Good.

15     INMATE HERNANDEZ:  And my youngest

16 daughter is I would have to say struggling

17 because I know she's got it hard.  She has two

18 babies and is single.

19     PRESIDING COMMISSIONER SAWYER:  And how

20 old is she?

21     INMATE HERNANDEZ:  She is approximately

22 22.

23     PRESIDING COMMISSIONER SAWYER:  Okay.

24 They've all managed to stay out of the

25 correctional institutions?

26     INMATE HERNANDEZ:  Yes.

27     PRESIDING COMMISSIONER SAWYER:  Good.  Do

1   you correspond with them?

2        INMATE HERNANDEZ:  I was writing and they

3   would not respond.  Rarely did they respond.  I

4   started getting response mainly from my son.  I

5   started getting a lot of response from my son.

6   And at that time right after that I started

7   getting response from his mother and my other

8   daughters.  Then I was, I stopped hearing from

9   them so that's where it is.

10        PRESIDING COMMISSIONER SAWYER:  How about

11   your brothers and sisters?

12        INMATE HERNANDEZ:  I have no

13   correspondence with them.  I used to write, I

14   used to correspond with my brother in prison and

15   we have not corresponded for some time now.

16   That's about it.

17        PRESIDING COMMISSIONER SAWYER:  Is he a

18   lifer?

19        INMATE HERNANDEZ:  Yes.

20        PRESIDING COMMISSIONER SAWYER:  Okay, so

21   what -- Tell me why you were doing all this.

22   How did you get involved with heroin and

23   sniffing glue and paint.  What was all that

24   about?

25        INMATE HERNANDEZ:  It's a long story.

26        PRESIDING COMMISSIONER SAWYER:  Can you

27   give me the Reader's Digest version of it?

19

1          **INMATE HERNANDEZ:** I don't know where to

2     begin. I'm in recovery now.

3          **PRESIDING COMMISSIONER SAWYER:** Okay.

4          **INMATE HERNANDEZ:** And recovery not only,

5     not only does it, does it deal with the aspects

6     of drugs and alcohol but also in the wider range

7     as far as being raised up in a dysfunctional

8     family you might say and my whole environment.

9     But I've been -- As I say, I've been in recovery

10    and I've accepted responsibility for, for the

11    damage, for the drug abuse. And even for the

12    dysfunctional family as far as even my parents.

13    I've accepted a responsibility for them. I know

14    they done the best. But nevertheless they was,

15    they were lacking in education and in social

16    skills and other aspects. And as well as for my

17    brother. He's my only brother and he's in

18    prison but I accept responsibility also for his

19    recovery in the sense that I try to, I'm trying

20    to help him in his recovery and to do better in

21    life. I can't explain how I fell, I fell into

22    all this situation. But maybe it was all for

23    the good now because I've addressed all these

24    issues. I've tackled them in the best of my

25    ability to get an understanding as I say, not

26    only for myself but the social, the social

27    environment that I was in and endeavored to

20

1  bring a higher consciousness to the community

2  that I come from.  So as we say in recovery,

3  we're not responsible for our addiction but

4  we're responsible for our recovery.  So I can't

5  explain how I got there.  I know there a lot

6  of pain and suffering and abuse and other things

7  that happened.  But I don't want to excuse it

8  either, you know.  So --

9       PRESIDING COMMISSIONER SAWYER:  I guess

10 my question to you is, do you recognize how you

11 got here?

12      INMATE HERNANDEZ:  Yes.

13      PRESIDING COMMISSIONER SAWYER:  Okay,

14 good.  When did your father Guadalupe and

15 Dolores Megaia separate?

16      INMATE HERNANDEZ:  They're still together

17 to this day.

18      PRESIDING COMMISSIONER SAWYER:  Oh they

19 are?

20      INMATE HERNANDEZ:  Yes.

21      PRESIDING COMMISSIONER SAWYER:  Because

22 in your future plans it talks about Guadalupe

23 and Lolita Hernandez.

24      INMATE HERNANDEZ:  Yes, I noticed the

25 difference.  I'm not sure if I was born out of

26 wedlock and my parents weren't legally or

27 married through the church at that time.

1          PRESIDING COMMISSIONER SAWYER:  Well no I

2    mean, I'm looking at the first name Lolita.   Is

3    that --

4          INMATE HERNANDEZ:  That's another thing I

5    don't understand if it was, if it's a Spanish

6    thing as a nickname or a name that related to

7    the actual name.  But her name is Lolita and

8    she's the same person, Dolores.

9          PRESIDING COMMISSIONER SAWYER:  Oh, okay.

10   That's what I'm trying to get at is a.  So

11   they're still together.

12         INMATE HERNANDEZ:  Yes.

13         PRESIDING COMMISSIONER SAWYER:  And how

14   old are they now?

15         INMATE HERNANDEZ:  About eighties,

16   pushing 80.

17         PRESIDING COMMISSIONER SAWYER:  And did I

18   hear their health was poor?

19         INMATE HERNANDEZ:  Yes.  They are both

20   survivors of cancer.  And my father seems to

21   have recovered fairly well.  My mother has had

22   to have surgery twice.  And her health is

23   deteriorating.

24         PRESIDING COMMISSIONER SAWYER:  Did you

25   grow up in this house on Edgar (phonetic)

26   Street?

27         INMATE HERNANDEZ:  Yes.

1          PRESIDING COMMISSIONER SAWYER:   So that's

2    their family home, huh?

3          INMATE HERNANDEZ:   Yes it is.

4          PRESIDING COMMISSIONER SAWYER:   Okay.

5    You'd live with your parents.  As an alternate

6    address as a residence with your sister Hope

7    Hernandez in Selma.

8          INMATE HERNANDEZ:   Yes.

9          PRESIDING COMMISSIONER SAWYER:   Okay,

10   Your main desire is to work as a counselor in

11   recovery with youth and drug offenders with

12   violence intervention.  However it does not

13   offer any letters of interest from any potential

14   employers indicating job offers.  Have you been

15   through any courses, classes counseling

16   certificates or anything?  Have you had any

17   formal education in counseling?

18         INMATE HERNANDEZ:   Not formally, but I've

19   participated in numerous programs.  One of them

20   I guess I would say I'm proudest of is the

21   Relapse Prevention class where I was a

22   facilitator and main speaker of the course.  As

23   well as I've spoken and given presentations for

24   the cause and prevention of communicable

25   diseases.  And done other things where I get up

26   and speak before a group.

27         PRESIDING COMMISSIONER SAWYER:   Uh-hum.

1    Good, that's always the hardest part isn't it?

2              INMATE HERNANDEZ:  Yeah.

3              PRESIDING COMMISSIONER SAWYER:  Yes.

4    Okay, I have a letter from Glen E. Davis

5    (phonetic) chaplain for Fresno County Jail.  He

6    says he corresponded with you for years while

7    you've been in prison.  He's trying to improve

8    himself.  To be a responsible citizen.  His last

9    letter was very positive.  He's shown me that

10   not only is he trying to make a change but he is

11   supplying himself with tools to make him, to

12   help him make changes that he needs in his life.

13   Should the Parole Board see fit to release Mr.

14   Hernandez to a rehabilitation program I believe

15   he would be best to successfully graduate from

16   the program.  If there is anything I can do to

17   help Mr. Hernandez get into West Care Program in

18   Fresno, I would be willing to help in any way I

19   could.  Seems to be genuine concern for his

20   family.  Very desirous of being able to fulfill

21   his role in supporting and caring for his

22   family.  I believe he would do his best to make

23   a success on the outside not only for his own

24   good but for the welfare of his family.  Signed

25   Glen Davis, September 7th 2005.  What's the West

26   Care Program?

27             INMATE HERNANDEZ:  S, O, S?

24

1          PRESIDING COMMISSIONER SAWYER:  West
2     Care --
3          INMATE HERNANDEZ:  Oh, West Care.  That's
4     basically a drug recovery program.
5          PRESIDING COMMISSIONER SAWYER:  And he's
6     involved in that somehow?
7          INMATE HERNANDEZ:  Actually he's the
8     chaplain of the jail.
9          PRESIDING COMMISSIONER SAWYER:  Right.
10         INMATE HERNANDEZ:  And somehow comes to
11    the awareness of this program.
12         PRESIDING COMMISSIONER SAWYER:  Okay.
13    Have you applied for that?
14         INMATE HERNANDEZ:  I have and did not
15    receive a response.  The most information I got
16    from them is I would have to be out there and
17    have done a period of time out there in the
18    community before going, being accepted at this
19    place as well as an in-person interview.
20         PRESIDING COMMISSIONER SAWYER:  Okay.  I
21    have a letter from July 20, 2005 from Janie
22    (phonetic) Hernandez.  A letter of
23    recommendation in regards to Mr. Hector
24    Hernandez.  My understanding is Hector will be
25    going before the Parole Board for a possible
26    release.  I will be speaking on behalf of Hector
27    and give my opinion, reason and aspect why he

1    should be considered for parole.  My name is

2    Janie Hernandez and also the mother of Hector's

3    four children, which are now adults.  Knowing

4    Hector from the past to the present I feel I

5    know Hector quite well.  I speak on his behalf

6    solely because I'm convinced that Hector is a

7    changed man.  Not the man I knew approximately

8    20 years ago.  I've seen maturity in Hector.

9    His ways of thinking are different.  In my

10   opinion I have been writing to Hector on and off

11   during all these years.  I see Hector a changed

12   man.  Even though communication is through

13   letters I believe when Hector says he feels

14   shame and regret and remorse for his criminal

15   history, not to mention the neglect of his own

16   family, I know it hurts Hector when I mention

17   that his family, what his family does and what

18   goes on in the lives of his children and

19   grandchildren, I know he longs to be involved in

20   their lives as part of the upbringing of

21   grandchildren.  And I believe that he's truly

22   sorry and ready to move with his life as a

23   positive and productive citizen if given the

24   opportunity.  I believe he's ready to work and

25   contribute back to the community and family.  I

26   strongly believe he can do good things for

27   himself and for the community whether it be

1   through the church he'll attend in trying to

2   reach the youth at risk, be a father and

3   grandfather needed in his own family, mend

4   things up if possible.  Please if you may look

5   at his efforts while incarcerated see for

6   yourself that he's done a lot to rehabilitate

7   himself.  Allow Hector to leave California

8   Department of Corrections after 20 years.  He's

9   still motivated to do his part in his community.

10  May he be allowed to prove his abilities and

11  dedication for a productive life.  And then she

12  thanks us for our consideration.  Sounds like a

13  nice lady.

14        INMATE HERNANDEZ:  I don't know what to

15  say because I feel their pain.  I know she

16  suffered so much.  And I feel responsible for a

17  lot of that suffering.  And I'm just so grateful

18  that she, she's still, still has compassion.  I

19  don't know what to say, that's just, yeah she, I

20  wish I could do, there's not enough I could do

21  for her.  I just look forward to doing something

22  to somehow help her.

23        PRESIDING COMMISSIONER SAWYER:  What does

24  she do for a living?

25        INMATE HERNANDEZ:  I'm not sure, some

26  form of secretarial work.

27        PRESIDING COMMISSIONER SAWYER:  She

1  writes a good letter.  I mean she sounds

2  intelligent through her communication here.

3       INMATE HERNANDEZ:  Thank you, thank you,

4  yes she is.

5       PRESIDING COMMISSIONER SAWYER:  I have a

6  letter July 10th 2005 from your mom and dad.  A

7  letter of support.  Once again as in prior years

8  we're writing to say our home with food,

9  clothing, basic necessities and two vehicles for

10  work and errands is open and available for

11  Hector's return.  He's welcome to stay for as

12  long as needed.  He often writes very nice

13  letters to us filled with hope and encouragement

14  to be honest.  We would like to get one every

15  day.  But we just do not have the energy to

16  write back that often.  The older we get the

17  more we need our son here at our side.  We thank

18  God for a new and honest son for the rest of his

19  life.  And that he will be freed to be at our

20  side.  Please accept this humble and sincere yet

21  earnest submission in your consideration of

22  Hector's suitability for parole.  Signed by

23  them, nice letter.  And then I have a letter in

24  Spanish from your mother.

25       INMATE HERNANDEZ:  Yes.

26       PRESIDING COMMISSIONER SAWYER:  I assume

27  it's a support letter.

28

1        **INMATE HERNANDEZ:**  Yes, basically in the

2    same context.

3        **PRESIDING COMMISSIONER SAWYER:**  And then

4    I have a letter from, a typed letter from June

5    6th 2005 from Tim.  This is your coordinator for

6    the Buddhist Meditation Studies?

7        **INMATE HERNANDEZ:**  Yes.

8        **PRESIDING COMMISSIONER SAWYER:**  It is our

9    understanding that attendance in the Buddhist

10   Meditation Studies Program does not entitle the

11   parole candidate to a laudatory chrono.  Since

12   the subject parole candidate has been a faithful

13   attendee and active and serious participant in

14   the program, teachers would like to instead,

15   would instead like to acknowledge his commitment

16   with a letter of commendation.  Okay, he talks

17   in here about your about what the program is

18   about weekly.  You go to it weekly?

19       **INMATE HERNANDEZ:**  Yes.

20       **PRESIDING COMMISSIONER SAWYER:**  Guided

21   meditation practices, lectures on practice and

22   Buddhist principle for living an ethical, moral

23   life.  Active class discussion on these topics.

24   Important aspect of the teaching also Buddhist

25   texts and periodicals distributed to

26   participants and readings and discussions based

27   on the literature.  Program began in January of

1   2003 and has met weekly unless prohibited by

2   emergencies procedures.  The parole candidate

3   has been attending for the entire time.  Several

4   of the same teachers have been involved from the

5   beginning and have come to know the parole

6   candidate very well in the classroom context

7   over the past two and a half years.

8   Mr. Hernandez's participation in the class, the

9   insight and care he has shown in spoken and

10  written word has been exemplary.  He speaks from

11  the heart.  We do not, and we have no question

12  that he's found new peace in his life.  And that

13  he is determined not to repeat his past

14  mistakes.  Although the teachers know very

15  little about the circumstances of

16  Mr. Hernandez's incarceration, based solely on

17  his behavior and attitude in the study program

18  we believe the candidate deserves the highest

19  consideration by the Parole Board.  Nice letter.

20          **INMATE HERNANDEZ:**  Thanks.

21          **PRESIDING COMMISSIONER SAWYER:**  Nice

22  letter.  Are you still in the program?

23          **INMATE HERNANDEZ:**  Still there.

24          **PRESIDING COMMISSIONER SAWYER:**  So this

25  is what's helped you with your inner peace

26  and --

27          **INMATE HERNANDEZ:**  To this day that's

30

1  been the biggest, yes the biggest and best

2  aspect that has helped me in all this things

3  I've been dealing with and coping with.

4      PRESIDING COMMISSIONER SAWYER:  And who

5  do you share this with?

6      INMATE HERNANDEZ:  Everyone that would

7  like to hear it, that needs to hear it and would

8  welcome it.

9      PRESIDING COMMISSIONER SAWYER:  Do you

10 share it on the yard?

11     INMATE HERNANDEZ:  Yes.

12     PRESIDING COMMISSIONER SAWYER:  Very

13 good.  Do you have anything additional that I

14 might have missed?

15     INMATE HERNANDEZ:  No, not --

16     PRESIDING COMMISSIONER SAWYER:  I mean

17 we're not into your chronos and things yet.  But

18 in terms of your future plans.

19     INMATE HERNANDEZ:  I believe that's it.

20     PRESIDING COMMISSIONER SAWYER:  Okay.

21 Very good, I'm going to turn it over to

22 Commissioner Rothlisberger.

23     DEPUTY COMMISSIONER ROTHLISBERGER:  I'll

24 still say good morning for another three

25 minutes, good morning Mr. Hernandez.  I'm going

26 to cover your post-conviction factors from the

27 time of your last hearing on July 1st 2004 to

31

1    the present.  Now the, in doing so I considered

2    your Central File.  I also reviewed the Life

3    Prisoners Evaluation Report prepared for the

4    July 2005 calendar by Correctional Officer,

5    Correctional Counselor I, H. Staten, S-T-A-T-E-

6    N.  The post-conviction progress reports

7    covering the period of July 1, '04 to the

8    present by the same CCI.  And the psychological

9    evaluation prepared for the June 2006 calendar

10   by Doctor M. Macomber, Ph.D., that's M-A-C-O-M-

11   B-E-R.  At the time of your last hearing, last

12   July 1st, you were housed here at CTF, correct?

13           **INMATE HERNANDEZ:**  Correct.

14           **DEPUTY COMMISSIONER ROTHLISBERGER:**  And

15   the Board took action to deny parole for one

16   year and recommended that you remain

17   disciplinary-free, upgrade educationally with

18   self-study and participate in self-help and

19   therapy if available.  Also at the time of your

20   last hearing your classification score was a 19,

21   which it remains today.  So the lowest minimum

22   mandatory.  And your prior custody level was a

23   Medium-A as it is today.  I did not see any gang

24   affiliation or vocational instruction.  However

25   I do see you do have, it kind of falls into it,

26   they don't call it vocational, they call it

27   academic, the PIA workshops you've been taking.

32

1   And that was your furniture shop and you

2   received satisfactory to above average on that.

3   Your work participation has been solid.   It

4   appears that, let's see, since the last hearing

5   you've been assigned to PIA furniture, earned

6   satisfactory to above average work grades.   And

7   supervisor's comments were, Hernandez continues

8   to work well with others.   From December 16th

9   '04 to April 7th '05 the work record was you

10  were assigned to PIA wood furniture factory

11  assembly shop.   And there were no work

12  supervisor reports in it for that period.

13  However the latest one 4/8/05 to 5/4/06, PIA

14  wood furniture factory assembly shop, earned

15  satisfactory to above average work grades per

16  work supervisors' reports dated 6/1/05 and

17  9/1/05.   And you also received a 128(b), 12/9/05

18  for participating in two hours of video

19  instruction and discussion related to community

20  reentry.   This program is provided through the

21  PIA inmate employability program.   I also have

22  some that you brought with you today some

23  additional work supervisors' reports.   This one

24  dated, let's see, 12/1/05 where you were

25  assigned to the desk line and will train as

26  necessary.   The next one dated 3/1/06 in which

27  you received a pay status raise.   And you're

33

1  doing a good job on the desk line.  And this

2  last one dated actually, 6/1/06, very recent, a

3  hard worker as the supervisor calls you.  You

4  are doing a good job and you're doing quite well

5  on your pay scale.

6      **INMATE HERNANDEZ:**  Thank you.

7      **DEPUTY COMMISSIONER ROTHLISBERGER:**  So I

8  do want to commend you on that.  In addition on

9  your group activities since your last hearing

10  you, let me see, participated in Narcotics

11  Anonymous for the first, second, third, fourth

12  quarters of 2004 as well as also elected by the

13  group back then as its co-chairperson, all

14  right.  And then more recently participated in

15  NA group meetings dated with 128(b)'s dated

16  6/28/05, 1/21/05, 1/6/06, 4/3/06, I think didn't

17  I see another one, yes I do, 5/11/06 and

18  received a 128 for participating in, I'm sorry,

19  attended Narcotics Anonymous meetings.

20  Completed ten weeks of hepatitis C group

21  meetings with staff psychologist C. Brown, Ph.D.

22  And that's per the 128(c), dated 8/20/, 5/05.

23  You also received a letter of commendation which

24  I believe the Commissioner read from the

25  Buddhist Meditation and Ethical Practices dated

26  6/6/05.  So I commend you on your participation

27  in NA.  How long you been involved in NA?

34

1          INMATE HERNANDEZ:  Eleven years.

2          DEPUTY COMMISSIONER ROTHLISBERGER:  How

3   old were you when you started using heroin?

4          INMATE HERNANDEZ:  I was probably 21

5   maybe.  I started maybe that's late for some

6   people.

7          DEPUTY COMMISSIONER ROTHLISBERGER:  Yeah.

8          INMATE HERNANDEZ:  Yeah.

9          DEPUTY COMMISSIONER ROTHLISBERGER:  What

10  about when did you start sniffing glue and

11  paint?

12         INMATE HERNANDEZ:  That was at a young

13  age.

14         DEPUTY COMMISSIONER ROTHLISBERGER:  As a

15  kid?

16         INMATE HERNANDEZ:  Yes.

17         PRESIDING COMMISSIONER SAWYER:  Laudatory

18  chronos, I believe there's eight of them.  I

19  just read one from the, the latest one from

20  5/11/06.  You've also got the NA groups on

21  4/3/06, 1/6/06 NA.  And here's the inmate

22  employability program and that's from the Prison

23  Industry Authority.  You've also got three hours

24  of IEP video review inmate employability.  And

25  that was also from Prison Industry Authority

26  dated December 9th 2005.  Again your third

27  quarter laudatory chrono for 2005 from NA, NA

35

1   laudatory chrono 6/28/05.  Laudatory chrono

2   3/28/05 for NA and 10/1/04, well that was after

3   your last hearing on the third quarter NA.  When

4   you think of being released how important do you

5   feel it's going to be to continue with your

6   involvement with NA?

7        INMATE HERNANDEZ:  One hundred percent

8   is --

9        DEPUTY COMMISSIONER ROTHLISBERGER:  And

10  why is that?

11       INMATE HERNANDEZ:  Pretty much my whole

12  life of recovery and just remaining alive has to

13  be with staying sober.

14       DEPUTY COMMISSIONER ROTHLISBERGER:  I've

15  read some of the things that you've written and

16  they're quite eloquent.  Do you share those with

17  others?

18       INMATE HERNANDEZ:  Yes.

19       DEPUTY COMMISSIONER ROTHLISBERGER:  Do

20  you think of doing something with your writing?

21       INMATE HERNANDEZ:  Yes, absolutely, I try

22  to share in publications like before I used to

23  contributed to the Soledad Star.

24       DEPUTY COMMISSIONER ROTHLISBERGER:  Uh-

25  hum.

26       INMATE HERNANDEZ:  And then I've also

27  contributed some to the Santa Cruz National

36

1  Public Radio Program. Poetry --

2        **DEPUTY COMMISSIONER ROTHLISBERGER:**

3  Excuse me.

4             (The tape was turned over.)

5        **DEPUTY COMMISSIONER ROTHLISBERGER:** We're

6  back on record and you were saying about the

7  Santa Cruz Public Radio?

8        **INMATE HERNANDEZ:** Yes, poetry, they have

9  a poetry show segment on Sunday nights. And I

10  contributed several of my poems to them. And

11  other places that would benefit by the format

12  that I write in as far as recovery and other

13  things in living better, basically.

14        **DEPUTY COMMISSIONER ROTHLISBERGER:** Very

15  good. Disciplinary, your most recent was a 115

16  was on a July 1990 for disrespect towards staff.

17  You had seven total 115's in the 20 years you've

18  been down. And 128 (a)'s counseling chronos,

19  you've had 11 with the most recent being in the

20  year 2000 regarding yard call. So I do also

21  look at your history doesn't show other than the

22  instant offense any real violence. You know

23  your 128's and your 115's, you had a utility

24  knife or something. I don't know if that could

25  be construed as a weapon or what. This

26  correctional counselor recommended after your

27  last hearing that you remain disciplinary-free

37

1   which it appears you have.  Participate in self-
2   help and substance abuse, which you've been
3   doing.  And cooperate with the psychiatrist or
4   psychologist on a new report.  And that also you
5   did.  As a matter of fact Dr. Macomber writes,
6   that your Axis I is no mental disorder, your
7   Axis II is no personal disorder, your GAF score
8   is a 90 which is very high and states that in
9   considering potential for dangerous behavior in
10  the institution he agrees with the prior
11  evaluator that said that your potential is below
12  average in comparison to other inmates.  And you
13  apparently told that evaluator that in 1991 or
14  you told this doctor you underwent serious life
15  changes.  And since that time he's been trying
16  to live a law-abiding life.  Sounds to me that's
17  when you got clean and sober.
18          **INMATE HERNANDEZ:**  Yes that's it.
19          **DEPUTY COMMISSIONER ROTHLISBERGER:**   In
20  considering potential for dangerous if released
21  to the community the level of service inventory
22  revise was administered.  And on that you
23  obtained a score of 4.2 cumulative frequency for
24  prison inmates.  This score means that if one
25  hundred men were released on parole you would be
26  expected to do better on parole than 95.8 of
27  them.  And Dr. Macomber also agrees with the

38

1  prior evaluator that stated you did not pose any
2  more risk to the community at this time in his
3  life than the average citizen.  In fact he poses
4  less risk due to his growth, maturity and
5  improvement.  And he did not find any
6  significant risk factors in this case.  The
7  doctor writes that you have excellent wood
8  working skills.  Would be able to obtain
9  employment immediately in the community.
10 Considerable family support and your level of
11 insight and self-understanding is impressive.
12 He obviously has undergone significant, mental,
13 spiritual and emotional changes over the years
14 of incarceration.  And the prognosis for
15 successful adjustment in the community is
16 excellent.  You know something that I was very
17 impressed with your meditation.  I also
18 participate in that.  And I encourage many of
19 the men who appear before me that perhaps that's
20 something they might want to consider.  I hope
21 you do continue to share your insight on the
22 yard.  Have I missed anything counsel?
23         ATTORNEY TARDIFF:  No I don't believe so.
24         DEPUTY COMMISSIONER ROTHLISBERGER:  All
25 right, commissioner.
26         PRESIDING COMMISSIONER SAWYER:  Thank
27 you.  What kind of vocational programs have you

39

1  completed?

2        INMATE HERNANDEZ:  Mill and cabinet.

3  I've also formerly had a completion in arc

4  welding.

5        PRESIDING COMMISSIONER SAWYER:  Arc

6  welding?

7        INMATE HERNANDEZ:  Yes.

8        DEPUTY COMMISSIONER ROTHLISBERGER:  And

9  there are certificates in the C File.

10        PRESIDING COMMISSIONER SAWYER:  Okay.

11  How about vocational graphic arts and printing?

12        INMATE HERNANDEZ:  I have some experience

13  in that.

14        PRESIDING COMMISSIONER SAWYER:

15  Experience but no completions.

16        INMATE HERNANDEZ:  I wouldn't say, I

17  don't know if it would qualify for a job.  I can

18  probably enter as a lay person.  But as far as

19  skills on a qualified level I can't claim that.

20        PRESIDING COMMISSIONER SAWYER:  Now your

21  arc welding did you receive a state

22  certification on that?

23        INMATE HERNANDEZ:  Yes.

24        PRESIDING COMMISSIONER SAWYER:  Okay.

25  Miss Tardiff do you have any questions?

26        ATTORNEY TARDIFF:  No I don't.

27        PRESIDING COMMISSIONER SAWYER:  Do you

40

1    have any additional questions?

2         **DEPUTY COMMISSIONER ROTHLISBERGER:**   No I

3    don't, thank you.

4         **PRESIDING COMMISSIONER SAWYER:**   Thank

5    you.   Miss Tardiff.

6         **ATTORNEY TARDIFF:**   Thank you.   I think

7    that the bottom line here is basically that Mr.

8    Hernandez would probably continue to be a danger

9    to society if he returned to substance abuse.   I

10   think that everything is key to that.   In from

11   what the reports indicated, in his own testimony

12   and his commitment to the Twelve Step Program I

13   don't think that he will return to the use of

14   drugs or alcohol.   I think that he realizes the

15   damage it has done, not only to his life, but

16   more importantly, to the taking of the victim's

17   life in this case.   He's clean and sober for 11

18   years.   At that point he made a commitment, a

19   real commitment to deal with his abuse of drugs.

20   And I think it shows.   He's prepared himself for

21   the outside by obtaining a vocation in mill and

22   cabinet.   And currently he's in PIA furniture.

23   Both of those are very employable skills.   He

24   also takes a leadership role in his Narcotics

25   Anonymous meetings as co-chair.   He receives

26   excellent work reports, satisfactory to above

27   average.   He completed his GED.   He has strong

41

1   support out in the community from his family as

2   well as his ex-wife or common law wife.  His

3   last two psych evals are supportive of release.

4   The most recent which a lot of that has been

5   gone over but I'd like to add that it states his

6   judgement was intact.  His insight and self-

7   awareness was excellent.  He has spent a great

8   deal of time in introspection and analysis of

9   his life.  At this point in his life alcohol and

10  drugs is no longer a serious problem.  He has no

11  longer no sort of Axis I diagnosis which would

12  relate to substance abuse.  No personality

13  disorder and a high GAF score of 90.  Under

14  review of the life crime that he accepts full

15  responsibility for the death of the victim and

16  his actions during the commitment offense.  It

17  states, he has spent a great deal of time

18  thinking about his life.  He did express

19  feelings of sorrow and remorse at the victim's

20  death as well as the victim's family's loss by

21  suffering and grief.  He stated that he wants to

22  atone for this offense in any way that he can.

23  It is apparent that this man has gone through

24  some serious self-exploration and serious life

25  changes.  His feelings appear to be quite

26  sincere and genuine.  He seems to be trying to

27  lead a good, productive, helpful life, good,

42

1   productive, helpful to others life.  And the
2   inventory we went through that.  The testing
3   procedure is very low in terms of his
4   dangerousness.  I agree with the prior evaluator
5   that stated that he did not pose any more risk
6   to the community at this time in his life than
7   the average citizen.  In fact he probably poses
8   less risk due to his growth, maturity and
9   improvement.  He concludes that he has excellent
10  wood working skills, considerable family support
11  and his level of insight and self-awareness is
12  impressive.  His prognosis is excellent.  And in
13  terms of the second most recent which was done
14  in '99, it's stated that his level of insight
15  and judgement in general and specifically
16  regarding his commitment offense are good and
17  support a causative prediction of successful
18  adaptation to community living.  He did appear
19  to be general penitent for his crimes.  His
20  level of dangerousness is no more than the
21  average citizen in the community.  And basically
22  that this is the, his prior criminal history is
23  mainly property crimes and drug related.  Since
24  he's been incarcerated he hasn't had any 115's
25  which were violent in nature or showed any
26  tendencies towards violence or threats of
27  violence.  I think at this time that he has made

43

1   himself suitable.  I don't think further
2   incarceration would be of any benefit in terms
3   of preparing him for the community and for
4   helping him to remain clean and sober.  He's
5   been incarcerated since '85.  Twenty-one years
6   on a second degree, I think the amount of time
7   is certainly sufficient at this point.  And I
8   would submit that he is suitable.  Thank you.
9           **PRESIDING COMMISSIONER SAWYER:**  Thank
10  you.  Mr. Hernandez this is your opportunity to
11  tell this panel why you feel you're suitable for
12  parole today.
13          **INMATE HERNANDEZ:**  Yes sir I didn't know
14  how the hearing would go but I did prepare a
15  statement I'd like to give.  In preparation for
16  this hearing I was asked for documentation of
17  upgrading and educational, vocational and
18  chronos of attendance in self-help, group
19  therapy, job offers et cetera.  There seems to
20  be very little I have to offer in those regards.
21  And left me myself feeling as if I've wasted my
22  time.  The fact is I've made countless and
23  invaluable contributions of the heart, religious
24  and spiritual in nature that are mostly
25  undocumentable (sic).  On top of that I'm caught
26  between a rock and a hard spot because my goals
27  are twofold in that I wish to do good deeds

44

1  while being anonymous about it or at least being

2  humble, leaving no room for vain pride.  Yet I

3  want to give my full respect to this panel and

4  all concerned.  Therefore at the risk of trying

5  to make myself look good I'll endeavor to show

6  I'm good and ready for parole.  Starting with

7  the 12 Step Program.  Not only have I attended

8  consistently I've given myself to serving the

9  program by first of all staying clean and sober

10  and caring and sharing the message to the still

11  suffering addict that recovery is possible.

12  This I do not only at meetings but I could say

13  my entire life 24/7 is geared towards clean and

14  sober living.  I'll give you only one example.

15  T is a person who was suffering from drugs and

16  alcohol addiction.  When I recently got T's

17  address I wrote several letters of which spoke

18  exclusively on how good living clean and sober

19  is.  This person is now off drugs and alcohol

20  and steadily getting their life in order.  On

21  another subject I've been told that my writing

22  skills are good enough that I can find

23  employment in doing so.  Yet for now I've' not

24  only been concentrating on upgrading and

25  improving, I've been using my present writing

26  abilities for inspiring and encouraging as many

27  people as possible on living and doing better.

45

1  For the sake of being brief I'd like to give one
2  example.  My son who recently became the legal
3  age of an adult finally started responding to my
4  letters.  So I gave him all wisdom and
5  experience I have in an encouraging way.  I know
6  I contributed something to his becoming a
7  responsible and respectful adult.  Another
8  aspect of my life is caring for or being of
9  service to the elderly as well as to the dying.
10 Two brief examples are I visited a friend and
11 member of the recovery fellowship and gave him
12 my kind and concerned friendship as he was
13 dying.  And when living in the same cell with an
14 elderly man I previously never met I gave him
15 all the respect and consideration I could as
16 well as doing cell cleaning chores in order to
17 make his life a little easier.  In order to give
18 a better explanation of my life and why I mouth
19 this way allow me to back track to some of my
20 main turning points.  I realize all too well
21 that I was selfish, a user and destroyer, an
22 addict and no good for anything, the bottom.  I
23 mean what skills, gifts and abilities did I
24 have, none.  Not only that but I was a grown man
25 with children whom I should have been protecting
26 and providing for.  Even now I have to attribute
27 the very fact that I am even alive is only due

46

1    the mercy, goodness and compassion of the
2    Almighty which I'll call my higher power.  Not
3    only did I stop asking my wife for money because
4    obviously the kids needed it more than me.  I
5    stopped asking for things period and became
6    determined to provide not only for myself but to
7    become a giver, builder, healer, maker and
8    contributor.  And it was rough because for one
9    reason jobs were scarce even here in prison.
10   And my own regrets of wasting precious time and
11   energy and opportunities and in order to pay my
12   debts for it I exercised extremely, getting
13   myself conditioned for hard work.  Along the way
14   I experienced hardships in various forms.  Yet I
15   remained determined to stay clean, away from
16   crime and selfish ways.  The eleventh step is a
17   good description of how I went about my
18   transformation.  I quote, sought through prayer
19   and meditation to improve my conscious contact
20   with God whom my understanding praying only for
21   knowledge of his will for me and the power to
22   carry it out.  In this sense I admitted to God,
23   to myself and to others the wreckage I'd done in
24   my life and have been sorry for it all.  Praying
25   that I didn't want to be that way ever again.
26   And asking for the skills and abilities to be a
27   selfless, builder, giver and provider.  Here is

47

1   one of my best examples that have resulted from

2   this prayer and meditation.  My writing skills

3   and abilities are another direct of this too.

4   In the past when asked how I was going to earn a

5   living when out of prison I responded by saying,

6   God would provide.  And perhaps that sounded

7   naïve.  Yet I know in my heart that I was, that

8   my life was in absolute wreckage.  And only by

9   placing my entire focus on my higher power is

10  how I was restored to sanity and became fully

11  functional.  That will be my stand for the rest

12  of my life.  Nevertheless I hold respect to the

13  here and now, everyday responsibilities.  As my

14  work and vocational records shows I am a

15  responsible, good and hard worker.  More so than

16  could be documented I have good work ethics and

17  habits.  In fact I actually view all work and

18  service as being sacred.  In closing on another

19  basic yet profound aspect that is mostly

20  undocumentable concerns religion, spirituality.

21  I have devoted lots of my time and energy in

22  search and understanding of these great

23  mysteries which I know now could never be fully

24  found and understood.  Nevertheless I have

25  absolutely no regrets.  In fact I have come

26  closer to the truth with improved conscious

27  contact with God as I understand him.  For your

48

1  information I find this in education and

2  skillful ways of living.  In building, making

3  and creating.  In art and beauty, in healing,

4  kindness and compassion.  In nature, in

5  nutrition, in people and pretty much everywhere.

6  And I'm evermore most grateful for this and will

7  continue this way for the good of all.  Thank

8  you.

9        **PRESIDING COMMISSIONER SAWYER:**  Thank

10 you.  It's 24 minutes past 12 and we will recess

11 for deliberations.

12                **R E C E S S**

13                  --oOo--

14

15

16

17

18

19

20

21

22

23

24

25

26

27

49

1       **CALIFORNIA BOARD OF PAROLE HEARINGS**

2                   **D E C I S I O N**

3       **PRESIDING COMMISSIONER SAWYER:** Fifty-

4   six, 12:56 in the afternoon and everyone has

5   returned to the room in the matter of

6   Mr. Hernandez. The panel has reviewed all of

7   the information received from the public and

8   relied on the following circumstances in

9   concluding the prisoner is suitable for parole.

10      **INMATE HERNANDEZ:** Thank you, thank you,

11  thank you.

12      **PRESIDING COMMISSIONER SAWYER:** And would

13  not pose an unreasonable risk of danger to

14  society or a threat to public safety if released

15  from prison. Congratulations.

16      **DEPUTY COMMISSIONER ROTHLISBERGER:** You

17  okay, want some Kleenex?

18      **INMATE HERNANDEZ:** I'll be fine thank

19  you.

20      **PRESIDING COMMISSIONER SAWYER:** Is it

21  sinking in?

22      **INMATE HERNANDEZ:** Thank you very much.

23      **PRESIDING COMMISSIONER SAWYER:** You've

24  never heard that before have you?

25      **INMATE HERNANDEZ:** Never have, no.

26      **PRESIDING COMMISSIONER SAWYER:** You did a

27  HECTOR HERNANDEZ   D-33689   DECISION PAGE 1   06/08/06

50

1    remarkable job.

2        **INMATE HERNANDEZ:**  Thank you sir.  Thank

3    you sir.  I want to look you in the eye and tell

4    you thank you.  Thank you, thank you.

5        **DEPUTY COMMISSIONER ROTHLISBERGER:**  Your

6    welcome.  You earned it.  You've gone down a

7    long road.  You're still on that journey.

8        **INMATE HERNANDEZ:**  Yes.  And I will

9    remain on it too.

10       **PRESIDING COMMISSIONER SAWYER:**  The

11   prisoner has no juvenile record of assaulting

12   others.  While in prison he's enhanced his

13   ability to function within the law upon release

14   through participation in educational programs.

15   He's attained his GED.  Probably one of the

16   things that we feel very strongly about in this

17   case is your Buddhist Meditation, the last three

18   years and the letter of commendation from Tim.

19   That was pretty compelling.  Because not only

20   did we read that letter and think, okay, letter

21   of commendation.  This guy really likes him.

22   But I think you displayed it here today.  I knew

23   you displayed it.  We both feel you displayed

24   it.  You're not just telling us that you believe

25   this, you're showing us.

26       **DEPUTY COMMISSIONER ROTHLISBERGER:**  You

27   HECTOR HERNANDEZ  D-33689  DECISION PAGE 2  06/08/06