# EXHIBIT 16

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## Fifth Appellate District

MAR 1 ~ 2007
COURT OF APPEAL
FIFTH APPELLATE DISTRICT
LEISA V. BIGGERS, CLERK/ADMINISTRATOR
By_____
FILED
Deputy

MAR 1 ~ 2007
LEISA V. BIGGERS, CLERK/ADMINISTRATOR
By_____
Deputy

In re

    HECTOR HERNANDEZ,

       On Habeas Corpus.

F052267

BY THE COURT*:

    The "Petition For Writ Of Habeas Corpus," filed in this court on February 22, 2007, is denied.

_____ Acting P.J.

*Before Vartabedian, Acting P.J., Gomes, J., and Dawson, J.