UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HECTOR HERNANDEZ,

    Petitioner,

    v.

ARNOLD SCHWARZENEGGER,

    Respondent(s).
_____/

No. C 07-3427 PJH (PR)

**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**

Petitioner's motion for an extension of time to file his traverse (document number 7 on the docket) is **GRANTED**. The traverse, if petitioner desires to file one, shall be filed by November 26, 2007.

**SO ORDERED.**

Dated: October 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge